UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
tom@torrlaw.com
Attorney for Trustee

**Order Filed on July 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Morales, Rochelle,

Debtor.

Case No. 18-12712

Hearing Date: July 9, 2018 at 10 AM

Judge: Michael B. Kaplan

## ORDER COMPELLING DEBTOR TO PROVIDE INFORMATION AND FOR SANCTIONS

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 10, 2018**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Morales, Rochelle
Case No. 18-12712 (MBK)
Caption of Order: Compel Debtor to Provide Information and for Sanctions

Upon consideration of the Chapter 7 Trustee's motion, it is **ORDERED** that within 20 days of the date of this order, the debtor shall:

    a) provide the Trustee with: Mortgage Payoff, CMA, Tax Returns, Pay Stubs and Bank Statements

    ~~b) pay Thomas J. Orr, Esq. $750 for the costs and fees associated with this motion~~