UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
tom@torrlaw.com
Attorney for Trustee

**Order Filed on July 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Morales, Rochelle,

Debtor.

Case No. 18-12712

Hearing Date: July 9, 2018 at 10 AM

Judge: Michael B. Kaplan

## ORDER COMPELLING DEBTOR TO PROVIDE INFORMATION AND FOR SANCTIONS

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 10, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Morales, Rochelle
Case No. 18-12712 (MBK)
Caption of Order: Compel Debtor to Provide Information and for Sanctions

Upon consideration of the Chapter 7 Trustee's motion, it is **ORDERED** that within 20 days of the date of this order, the debtor shall:

    a) provide the Trustee with: Mortgage Payoff, CMA, Tax Returns, Pay Stubs and Bank Statements

    ~~b) pay Thomas J. Orr, Esq. $750 for the costs and fees associated with this motion~~

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-12712-MBK
Rochelle Morales                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Jul 10, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
db              +Rochelle Morales,    7 Pinetree Lane,    Manalapan, NJ 07726-3883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
              Jay B. Yacker    on behalf of Debtor Rochelle  Morales jay@yackerglatt.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas  Orr    tom@torrlaw.com,  Torr@ecf.epiqsystems.com
              Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com,  Torr@ecf.epiqsystems.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5