Form 170 – ntchrgdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.:  18−12712−MBK
           Chapter:  7
           Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Rochelle Morales
    fka Rochelle Rivera
    7 Pinetree Lane
    Manalapan, NJ 07726

Social Security No.:
    xxx−xx−0218

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Thomas Orr, Chapter 7 Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Michael B. Kaplan on,

Date: 9/17/18
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: August 27, 2018
JAN:

                                                                                                                Jeanne Naughton
                                                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Rochelle Morales  
    Debtor

Case No. 18-12712-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 27, 2018  
                  Form ID: 170     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.

```
db            +Rochelle Morales,    7 Pinetree Lane,    Manalapan, NJ 07726-3883
cr            +Sanatander Consumer USA Inc. dba Chrysler Capital,    c/o Stewart, Zlimen & Jungers,
               2860 Patton Rd.,    Roseville, MN 55113-1100
517328441     +A 1 Collections Svc,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
517328446     +Chrysler Capital,    PO Box 660335,    Dallas, TX 75266-0335
517328450   ++++DITCH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
              (address filed with court:  Ditch Financial LLC,    332 Minnesota Street,    Suite 610,
               Saint Paul, MN 55101)
517328453     +Mabt   Genesis Retail,    912 West Avenue,    North Augusta, SC 29841-3311
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2018 00:07:40     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2018 00:07:37      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ  07102-5235
517328443     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 00:12:05      Capital One,
               11013 W Broad St,    Glen Allen, VA 23060-6017
517328444     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 00:12:04      Capitalone,
               Po Box 85520,    Richmond, VA 23285-5520
517328445     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 28 2018 00:07:27      Cb/Express,
               Po Box 182789,    Columbus, OH 43218-2789
517328447     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 28 2018 00:07:26      Comenity Bank/Express,
               Po Box 330066,    Northglenn, CO 80233-8066
517328448     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 28 2018 00:11:49      Credit One Bank Na,
               Po Box 98875,    Las Vegas, NV 89193-8875
517328449     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 28 2018 00:12:29      Creditonebnk,
               Po Box 98872,    Las Vegas, NV 89193-8872
517328452     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 28 2018 00:07:02      Kohls/Capone,
               Po Box 3115,    Milwaukee, WI 53201-3115
517328451     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 28 2018 00:07:02      Kohls/Capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517328454     +E-mail/Text: GenesisFS@ebn.phinsolutions.com Aug 28 2018 00:08:36      Mabtretail,   Po Box 4499,
               Beaverton, OR 97076-4499
517328455     +E-mail/Text: bankruptcy@savit.com Aug 28 2018 00:08:30      Sa Vit Collection Agen,
               46 W Ferris St,    East Brunswick, NJ 08816-2159
517330666     +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 00:11:44      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517328442      Amerisol
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:
      Jay B. Yacker    on behalf of Debtor Rochelle  Morales jay@yackerglatt.com
      Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Thomas  Orr    tom@torrlaw.com,    Torr@ecf.epiqsystems.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 27, 2018
                              Form ID: 170             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Thomas    Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                    TOTAL: 5