Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.: 18−12712−MBK
                          Chapter: 7
                          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Rochelle Morales
    fka Rochelle Rivera
    7 Pinetree Lane
    Manalapan, NJ 07726

Social Security No.:
    xxx−xx−0218

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/18/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 18, 2018
JAN: kmf

                                                              Jeanne Naughton
                                                              Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                               Case No. 18-12712-MBK
Rochelle Morales                                                     Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 2           Date Rcvd: Sep 18, 2018
                               Form ID: 148             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db            +Rochelle Morales,    7 Pinetree Lane,   Manalapan, NJ 07726-3883
cr            +Sanatander Consumer USA Inc. dba Chrysler Capital,   c/o Stewart, Zlimen & Jungers,
                2860 Patton Rd.,    Roseville, MN 55113-1100
517328441     +A 1 Collections Svc,    2297 State Highway 33 St,   Hamilton Square, NJ 08690-1717
517328446     +Chrysler Capital,    PO Box 660335,   Dallas, TX 75266-0335
517328450    ++++DITCH FINANCIAL LLC,    332 MINNESOTA ST STE E610,   SAINT PAUL MN 55101-1311
                (address filed with court: Ditch Financial LLC,    332 Minnesota Street,   Suite 610,
                Saint Paul, MN 55101)
517328453     +Mabt Genesis Retail,    912 West Avenue,   North Augusta, SC 29841-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QTJORR.COM Sep 19 2018 03:18:00      Thomas Orr,   Law Office of Thomas J. Orr,
                321 High Street,    Burlington, NJ 08016-4411
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2018 23:46:07      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2018 23:46:05      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517328443     +EDI: CAPITALONE.COM Sep 19 2018 03:18:00      Capital One,   11013 W Broad St,
                Glen Allen, VA 23060-6017
517328444     +EDI: CAPITALONE.COM Sep 19 2018 03:18:00      Capitalone,   Po Box 85520,
                Richmond, VA 23285-5520
517328445     +EDI: WFNNB.COM Sep 19 2018 03:18:00      Cb/Express,   Po Box 182789,   Columbus, OH 43218-2789
517328447     +EDI: WFNNB.COM Sep 19 2018 03:18:00      Comenity Bank/Express,   Po Box 330066,
                Northglenn, CO 80233-8066
517328448     +EDI: RCSFNBMARIN.COM Sep 19 2018 03:18:00      Credit One Bank Na,   Po Box 98875,
                Las Vegas, NV 89193-8875
517328449     +EDI: RCSFNBMARIN.COM Sep 19 2018 03:18:00      Creditonebnk,   Po Box 98872,
                Las Vegas, NV 89193-8872
517328452     +EDI: CBSKOHLS.COM Sep 19 2018 03:18:00      Kohls/Capone,   Po Box 3115,
                Milwaukee, WI 53201-3115
517328451     +EDI: CBSKOHLS.COM Sep 19 2018 03:18:00      Kohls/Capone,   N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
517328454     +EDI: PHINGENESIS Sep 19 2018 03:18:00      Mabtretail,   Po Box 4499,   Beaverton, OR 97076-4499
517328455     +E-mail/Text: bankruptcy@savit.com Sep 18 2018 23:46:57      Sa Vit Collection Agen,
                46 W Ferris St,    East Brunswick, NJ 08816-2159
517330666     +EDI: RMSC.COM Sep 19 2018 03:18:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517328442      Amerisol
aty*          +Thomas Orr,    Law Office of Thomas J. Orr,   321 High Street,   Burlington, NJ 08016-4411
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3           User: admin              Page 2 of 2            Date Rcvd: Sep 18, 2018
                               Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:

              Jay B. Yacker    on behalf of Debtor Rochelle  Morales jay@yackerglatt.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas  Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5