UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
tom@torrlaw.com
Attorney for Trustee

**Order Filed on September 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Morales, Rochelle,

Debtor.

Case No. 18-12712

Hearing Date: September 17, 2018 at 10 AM

Judge: Michael B. Kaplan

## ORDER DISMISSING CASE AND REVOKING DISCHARGE

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 18, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Morales, Rochelle
Case No. 18-12712 (MBK)
Caption of Order: Dismiss Case and Revoke Discharge

Upon consideration of the Chapter 7 Trustee's motion, it is **ORDERED** that the debtor's petition be dismissed and that a discharge (if granted) is revoked.

United States Bankruptcy Court
District of New Jersey

In re:  
Rochelle Morales  
      Debtor

Case No. 18-12712-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 18, 2018  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.  
db          +Rochelle Morales,    7 Pinetree Lane,    Manalapan, NJ 07726-3883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:  
         Jay B. Yacker     on behalf of Debtor Rochelle  Morales jay@yackerglatt.com  
         Kevin Gordon McDonald     on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Thomas  Orr     tom@torrlaw.com,    Torr@ecf.epiqsystems.com  
         Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com,    Torr@ecf.epiqsystems.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 5